UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KIMBALL ELECTRONICS GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:23-cv-00139-RLY-CSW |
| | ) |
| DIRECT COMPONENTS, INC., | ) |
| | ) |
| Defendant. | ) |

> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 11/01/2024

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Kimball Electronics Group, LLC, and Defendant, Direct Components, Inc., by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of all claims brought by Plaintiff against Defendant, with each party to bear its own attorneys' fees and costs.

1